OCTOBER TERM, 1802. 189

Meredith v. Clarke—Clay v. Quarter Sessions Court of Fayette Co.

OCTOBER 28, 1802.

# Samuel Meredith v. William Clarke.

*Upon a writ of error to reverse a judgment of the Lexington District Court.*

Where a cause is brought into this court a second time upon a writ of error the plaintiff in the writ can assign no error which occurred in the proceedings anterior to the suing out of the first writ.

The court being now sufficiently advised of and concerning the question made herein and argued to at a former day of this term, as to how far back in the record and proceedings of the judgment aforesaid, the plaintiff should be permitted to assign errors, delivered in the following opinion, to wit: That the plaintiff can go no farther back in said record than to the new proceedings in the same.